ACCEPTED
03-14-00243-CR
3723240
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/10/2015 2:46:29 PM
JEFFREY D. KYLE
CLERK

Law Offices of
**THOMAS T. WILLIAMS, P.C.**
Attorney at Law
15 E. Harris Ave.
San Angelo, Texas 76903
Telephone: (325) 653-4783
Fax (325) 486-9963
tomtwilliams@netzero.net

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/10/2015 2:46:29 PM

JEFFREY D. KYLE
Clerk

January 13, 2015

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Tx 78711

**Re:**          NO. 03-14-00243-CR
                 NO. 03-14-00244-CR
                 NO. 03-14-00245-CR

          IN THE COURT OF APPEALS
     THIRD SUPREME JUDICIAL DISTRICT OF TEXAS

ELIAS SHAWN BIHL               APPELLANT

VS.

THE STATE OF TEXAS             APPELLEE

_____

Dear Mr. Kyle:

This letter serves to confirm that on January 5, 2015, I sent by certified mail, return-receipt requested, a copy of the Opinion and Judgment(s) signed by the Court in the above-styled and numbered causes to:

Mr. Elias Shawn Bihl, TDCJ# 1938565
at his last known address
McConnell Unit
3001 South Emily
Beeville, Tx 78102

Cert # 7014 2120 0001 8638 3286

In addition, I enclosed a Notice of Right To File a Pro Se Petition for Discretionary Review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I provided Mr. Bihl a copy of Rule 68 (68.1 through 68.7) To Mr. Bihl.

A copy of the letter informing Mr. Bihl of his rights and a copy of the signed certified receipt showing delivery to Mr. Bihl, Appellant Pro Se, is attached hereto.

Sincerely yours,

/s

Thomas T. Williams
SBN 21579200
Attorney for Appellant



Bihl.Cert.Mail.1.5.15 001.jpg

Law Offices of
**THOMAS T. WILLIAMS, P.C.**
Attorney at Law
15 E. Harris Ave.
San Angelo, Texas 76903
Telephone: (325) 653-4783

January 5, 2015

Mr. Elias Shawn Bihl
TDCJ# 1938565
McConnell Unit
3001 South Emily
Beeville, Texas 78102

RE:

Appellate Cause Nos. 03-00245-CR, 03-00244-CR & 03-CR-00243-CR
    Elias Shawn Bihl v. State of Texas

Trial Court Cause Nos. C-13-0381-SA, C-13-0382-SA,& C-13-0383-SA
    State of Texas v. Elias Shawn Bihl
    Tom Green County, Texas

**Copy of the Opinion and Judgment of Court of Appeals; and**

**Notification of Right To File Pro Se Petition For
Discretionary Review pursuant to Rule 68, Texas Rules of
Appellate Procedure**

Dear Mr. Bihl:

I am required by Rule 48 of the Texas Rules of Appellate
Procedure to provide you with a copy of the opinion and judgment
of the Court in each of the above styled and numbered causes
signed by the Third Court of Appeals on December 31, 2014.

Enclosed please find three copies of the Memorandum Opinion and
Judgment on each cause.

The Court also requires that I provide notice to you of your
right to file a Pro Se Petition for Discretionary Review under
Rule 68 of the Texas Rules of Appellate Procedure.

Enclosed please find a copy of Rule 68 (68.1 through 68.7) which
sets forth the requirements for filing a pro se Petition For
Discretionary Review. Please note the time deadlines set forth
for filing your petition.

I am also attaching a copy of this letter to the Third Court of Appeals certifying that I have complied with the Court's Order by providing with a copy of the Court's Opinion and Judgment and advising you of your right to file a Pro Se Petition for Discretionary Review.

Sincerely yours,

/s
Thomas T. Williams
SBN 21579200

certified mail, return-receipt requested#7014 2120 0001 8638 3286

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

BEEVILLE TX 78102

| | | |
|---|---|---|
| Postage | $  $2.03 | 0902 |
| Certified Fee | $3.30 | 09 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $  $8.03 | 01/05/2015 |

Sent To MR. ELIAS SHAWN BIHL
TDCJ # 1938565

Street & Apt. No. or PO Box No. MCCONNELL UU.T

City, State, ZIP+4 3001 S. EMILY
BEEVILLE, TX 78102

PS Form 3800, July 2014          See Reverse for Instructions

7014 2120 0001 8638 3286